# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
Al Rahum Holdings, LLC
2002 Candlewyck Crossing
Allen, TX 75013
EIN: 27-2714254
Debtor

Case No. 19-40764 btr
Chapter: 11

## ORDER STRIKING DEFICIENT PROOF OF CLAIM FROM CLAIMS REGISTRY

**ON May 17, 2019**, this Court issued a Notice of Intent to Strike Deficient Proof of Claim From Claims Registry in which the Court directed that, in the absence of the filing of an amended proof of claim by Jill Nicholas within a period of fourteen (14) days from the Notice, that cures fundamental deficiencies in Claim No. 6 and that substantially complies with the requirements of 11 U.S.C. §501(a), Fed. R. Bankr. P. 3002(a), and Official Form B410, the above-referenced proof of claim filed on April 26, 2019 would be stricken without further notice or hearing. The Court finds that no amended proof of claim has been filed in compliance with the Court's order. Accordingly, the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that Claim No. 6 filed by Jill Nicholas on April 26, 2019 is hereby declared **NULL** and **VOID** and is hereby **STRICKEN** from the claims registry of the above-referenced case for its failure to fulfill the fundamental requirements for a proof of claim under 11 U.S.C. §501(a), Fed. R. Bankr. P. 3002(a) and/or Official Form B410.  **The bar date for claims in this case is July 22, 2019**

Signed on 06/05/2019

_Brenda T. Rhoades_    SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE