Form reqobar

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

Sherman (Plano)
Suite 300B
660 North Central Expressway
Plano, TX 75074

| | | |
|---|---|---|
| In Re: | Al Rahum Holdings, LLC<br>Debtor | Bankruptcy Case No.: 19−40764<br>Chapter: 7 |

**ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIMS COMBINED WITH NOTICE THEREOF**

TO THE CREDITORS OF THE ABOVE−NAMED DEBTOR:

Notice having been previously given that creditors of the above−named debtor(s) were not required to file proofs of claims and it now appearing that a possible dividend may be declared for creditors at a later date, it is

ORDERED AND NOTICE IS HEREBY GIVEN THAT 2/25/20 is hereby fixed as the last date for the filing of proofs of claim by any creditor of the above−named debtor(s) who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. Creditors must file a claim, whether or not they are included in the list of creditors filed by the debtor(s), no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed in the office of the undersigned Clerk on the official form prescribed for proofs of claim ("Official Form B 410"), a copy of which can be obtained at the United States Courts Web site: https://ecf.txeb.uscourts.gov/b410.html or at any bankruptcy clerk's office.

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the filing of the final report of the trustee, applications for compensation and the proposed distributions which may include a possible dividend to creditors.

Proof of Claim Deadline for **Non−Governmental** Claimants **2/25/20**.
Proof of Claim Deadline for **Governmental** Units is **6/15/20**.

Dated: 12/17/19

                                          Jason K. McDonald, Clerk
                                          U.S. Bankruptcy Court

MAIL ORIGINAL PROOFS OF CLAIM TO:

Suite 300B
660 North Central Expressway
Plano, TX 75074

*** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE. CLAIMANTS ARE STRONGLY ENCOURAGED TO USE THE CLAIM FORM LOCATED AT https://ecf.txeb.uscourts.gov/b410.html OR AT ANY BANKRUPTCY CLERK'S OFFICE.

Al Rahum Holdings, LLC

19−40764

```
                              United States Bankruptcy Court
                                 Eastern District of Texas
In re:                                                                                  Case No. 19-40764-btr
Al Rahum Holdings, LLC                                                                  Chapter 7
        Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0540-4          User: admin                   Page 1 of 3                   Date Rcvd: Dec 17, 2019
                              Form ID: 895                  Total Noticed: 75


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
db             +Al Rahum Holdings, LLC,    2002 Candlewyck Crossing,    Allen, TX 75013-5604
cr             +City of Garland,    c/o Perdue Brandon Fielder et al,    1919 S Shiloh Rd, Suite 310,
                 Garland, TX 75042-8293
cr             +Garland ISD,    % Perdue Brandon Fielder Et Al,    1919 S. Shiloh Rd,    Suite 310, LB 40,
                 Garland, TX 75042-8234
cr             +Grandy's, LLC,    Nowak & Stauch, PLLC,    c/o Ryan C. Gentry,    10000 North Central Expressway,
                 Suite 1040,    Dallas, TX 75231-2322
cr             +Mesquite ISD,    P.O. Box 850267,    Mesquite, TX 75185-0267
cr             +Mesquite Water Dept,    757 N Galloway Ave.,    Mesquite, TX 75149-3409
cr             +Rockwall Central Appraisal District,    841 Justin Road,    Rockwall, TX 75087-4842
cr            ++WAND CORPORATION,    7575 CORPORATE WAY,    EDEN PRAIRIE MN 55344-2022
               (address filed with court: Wand Corporation,     7575 Corporate Way,    Eden Prairie, MN  55344)
7678978        +Atmos Energy,    PO Box 650205,    Dallas, TX 75265-0205
7661630        +Balch Springs Grandys,    12011 Elam Rd.,    Balch Springs, TX 75180-2822
7663257        +City of Garland,    c/o Perdue Brandon Fielder et al,    1919 S. Shiloh Road, #310, LB 40,
                 Garland, TX 75042-8234
7678980        +City of Garland,    200 N. Fifth Street,    Garland, TX 75040-6314
7678981        +City of Rockwall,    385 S. Goliad Street,    Rockwall, TX 75087-3737
7678982         Comptroller,   117 E. 17th Street,    Austin, TX 78701
7663454        +Dallas County,    Linebarger, Goggan, Blair & Sampson, LLC,    c/o Laurie A. Spindler,
                 2777 N. Stemmons Freeway Suite 1000,    Dallas, TX 75207-2328
7678983         Dallas County Tax Assessor,    1202 Elm Street,    Suite 2600,    Dallas, TX 75270
7678984        +Dallas Utilities,    1500 Marilla St. #4an,    Dallas, TX 75201-6318
7661633        +Del Taco,    25521 Commercentre Drive, Suite 200,    Lake Forest, CA 92630-8872
7729783        +Del Taco LLC,    c/o Brian Walsh,    Bryan Cave Leighton Paisner LLP,
                 211 North Broadway, Suite 3600,    St. Louis, MO 63102-2726
7661634        +Denton Grandys,    3450 E. McKinney St.,    Denton, TX 76209-6435
7678986        +Engie Resources,    1990 Post Oak blvd., Ste.1900,    Houston, TX 77056-3831
7677601         FC Marketplace, LLC,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
7661635         Fortworth Grands,    7201 Camp Bowie Blvd.,    Fort Worth, TX 76116
7661636         Frisco Grandys,    8333 Preston Rd.,    McKinney, TX 75069
7678987         Froutier,    PO Box 20550,    Rochester, NY 14602-0550
7661637        #+Funding Circle,    747 Front Street,    4th Floor,    San Francisco California 94111-1922
7661638         +Garland Grandys,    2155 Northwest Hwy,    Garland, TX 75041-4839
7663258         +Garland ISD,    c/o Perdue Brandon Fielder et al,    1919 S. Shiloh Road, #310, LB 40,
                 Garland, TX 75042-8234
7678989         +Gordon Food Service,    1300 Gezon Pkwy SW,    Wyoming, MI 49509-9302
7730113         +Gordon Food Service Inc.,    c/o Jason M. Torf,    200 W. Madison Street, Suite 3500,
                 Chicago, IL 60606-3417
7661639         +Grandy's,   Michael T. Folks,    624 Grassmere Park Drive,    Suite 30,
                 Nashville, TN 37211-3671
7678991         +Green Bank,    4000 Greenbriar,    Houston, TX 77098-5204
7661640         +Green Bank,    4000 Greenbriar St,    Houston, TX 77098-5204
7678992         +Inveza Group, LLC,    4400 Temecula Creek Trail,    McKinney, TX 75070-7942
7683745         +Jill Nicholas,    PO Box 10682,    Fort Worth, TX 76114-0682
7661642         +Jim Miller Grandys,    8228 E. RL Thornton Fwy.,    Dallas, TX 75228-7104
7661643         +Lewisville Grandys,    401 S. Stemmons Frw.,    Lewisville, TX 75067-4558
7661644         +Mckinney Grandys,    1614 W. University Rd.,    McKinney, TX 75069-3444
7661645         +Mesquite Grandys,    2009 Town East Blvd.,    Mesquite, TX 75150-4037
7678995         +Mesquite TAX FUND,    P.O. Box 850267,    Mesquite, TX 75185-0267
7678996         +Mesquite Water Dept,    Dept. 757 N Galloway Ave.,    Mesquite, TX 75149-3409
7678997         +Mission Restaurant,    PO Box 10310,    San Antonio, TX 78210-0310
7678998        ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,   MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
               (address filed with court: Nationwide Insurance,    ONe Nationwide Plaza,
                 Columbus, OH 43215-2220)
7678999         +NuC02, LLC,    2800 SE Market Place,    Stuart, FL 34997-4965
7679000         +Nwedi,    1075 Reed Station Road,    Suite B,    Carbondale, IL 62902-7339
7661646         +Polk Grandys,    3738 Marvin D Love Frwy,    Dallas, TX 75224-4414
7679001          RBS,   PO Box 7092,    Bridgeport, CT 06601-7092
7679003         +Republic Services,    18500 N. Allied Way,    Phoenix, AZ 85054-3101
7716305         +Rockwall CAD,    Linebarger, Goggan, Blair & Sampson, LLC,    c/o Laurie A. Spindler,
                 2777 N. Stemmons Freeway Suite 1000,    Dallas, TX 75207-2328
7679004         +Rockwall Central Appraisal,    841 Justin Rd.,    Rockwall, TX 75087-4842
7661647          Rockwall Grandys,    726 I-30 Frontage Rd.,    Rockwall, TX 75087
7679005         +Safe Security,    PO Box 5164,    San Ramon, CA 94583-5164
7661648         +Skillman Captain Ds.,    6216 Retail Rd.,    Dallas, TX 75231-7825
7661649         +State of Texas,    PO Box 12428,    Austin, TX 78711-2428
7679007         +Syad Ali,    2002 Candlewyck Crossing,    Allen, TX 75013-5604
7708439          Texas Comptroller of Public Accounts,    c/o Office of the Attorney General,
                 Bankruptcy - Collections Division MC-008,    PO Box 12548,    Austin TX  78711-2548
7695412         +Texas Workforce Commission,    Office of the Attorney General,    Bankruptcy & Collections Div.,
                 P.O. Box 12548, MC-008,    Austin, TX 78711-2548
7661650         +Valwood Grandys,    1753 I-35,    Carrollton, TX 75006-7417
```

```
District/off: 0540-4          User: admin              Page 2 of 3              Date Rcvd: Dec 17, 2019
                              Form ID: 895             Total Noticed: 75


7733451        +Veritex Community Bank as successor,    by merger with Green Bank, N.A.,    Shelley Bush Marmon,
                 2727 Allen Parkway, Suite 1700,   Houston TX 77019-2125
7679009         Wand Corporation,    7575 Corporate Way,    Hamel, MN 55340
7679010        +Waste Management,    1001 Fannin Street,   Houston, TX 77002-6717
7690469        +Westchester Surplus Lines Ins. Co.,    c/o CHUBB,   436 Walnut Street,
                 Philadelphia, PA 19106-3703
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: FCJMOSER Dec 18 2019 07:48:00      Christopher Moser,    2001 Bryan Street, Suite 1800,
                 Dallas, TX 75201-3070
cr             +E-mail/Text: ecfbankruptcy@nrgenergy.com Dec 18 2019 02:56:02      Reliant Energy,    PO Box 3765,
                 Houston, TX 77253-3765
cr              E-mail/Text: ridpacer@twc.state.tx.us Dec 18 2019 02:56:13      Texas Workforce Commission,
                 101 East 15th Street Room 651,    Austin, tx  78778-0091
7678977        +EDI: ATTWIREBK.COM Dec 18 2019 07:48:00      AT&T,   PO Box 769,   Arlington, TX 76004-0769
7661632        +E-mail/Text: mike_folks@captainds.com Dec 18 2019 02:56:01      Captain D's LLC,
                 624 Grassmere Park Drive, Ste. 30,    Nashville, TN 37211-3671
7678979        +E-mail/Text: dl-csgbankruptcy@charter.com Dec 18 2019 02:56:30      Charter Communications,
                 400 Atlantic St.,    Stamford, CT 06901-3533
7661631        +E-mail/Text: defaultspecialty.us@bbva.com Dec 18 2019 02:55:47      Compass Bank,
                 P O Box 10566,   Birmingham, AL 35296-0001
7678985        +EDI: ESSL.COM Dec 18 2019 07:48:00      Dish Network,   9601 S. Meridian Blvd.,
                 Englewood, CO 80112-5905
7704404        +E-mail/Text: mnowak@ns-law.net Dec 18 2019 02:56:26      Grandy's, LLC,
                 c/o Nowak & Stauch, PLLC,    10000 North Central Expressway,    Suite 1040,
                 Dallas, Texas 75231-2322
7678994         EDI: IRS.COM Dec 18 2019 07:48:00      IRS,   1100 Commerce,    Mail Code 5027,
                 Dallas, TX 75242
7679002         E-mail/Text: ecfbankruptcy@nrgenergy.com Dec 18 2019 02:56:02      Reliant,    PO Box 3765,
                 Houston, TX 77253-3765
7679008         E-mail/Text: ridpacer@twc.state.tx.us Dec 18 2019 02:56:13      Texas Workforce Commission,
                 101 E. 15th Street,    Room 651,   Austin, TX 78778-0091
7817528        +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Dec 18 2019 02:55:40      US Trustee,
                 110 N. College Ave,    Room 300,   Tyler, TX 75702-7231
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7679006         State of Texas,    Autin, TX
7733448         Veritex Community Bank
aty*           +Christopher Moser,    2001 Bryan Street, Suite 1800,    Dallas, TX 75201-3070
cr*            +Atmos Energy,   PO Box 650205,    Dallas, TX 75265-0205
cr*            +City of Garland,    200 N. Fifth Street,   Garland, TX 75040-6314
cr*             Dallas County Tax Assessor,    1202 Elm Street Suite 2600,    Dallas, TX  75270
cr*            +Engie Resources,    1990 Post Oak blvd., Ste.1900,    Houston, TX 77056-3831
cr*             FC Marketplace, LLC,    c/o Becket and Lee LLP,   PO Box 3002,    Malvern, PA  19355-0702
cr*            +Gordon Food Service,    1300 Gezon Pkwy SW,   Wyoming, MI 49509-9302
cr*            +Grandy's,   Michael T. Folks,    624 Grassmere Park Drive Suite 30,    Nashville, TN 37211-3671
cr*            +Green Bank,   4000 Greenbriar St,    Houston, TX 77098-5204
cr*           ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: IRS,    1100 Commerce,    Mail Code 5027,   Dallas, TX  75242)
cr*            +Inveza Group, LLC,    4400 Temecula Creek Trail,    McKinney, TX 75070-7942
cr*            +Mission Restaurant,    PO Box 10310,   San Antonio, TX 78210-0310
cr*           ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
                 (address filed with court:  Nationwide Insurance,    One Nationwide Plaza,
                 Columbus, OH  43215-2220)
cr*             RBS,   PO BOX 7092,    Bridgeport, CT  06601-7092
cr*            +Republic Services, Inc.,    18500 N. Allied Way,    Phoenix, AZ 85054-3101
cr*            +Waste Management,    1001 Fannin Street,   Houston, TX 77002-6717
7678988*       +Funding Circle,    747 Front Street,   4th Floor,    San Francisco California 94111-1922
7678990*       +Grandy's,   Michael T. Folks,    624 Grassmere Park Drive,    Suite 30,
                 Nashville, TN 37211-3671
7661641*        IRS,   P.O. Box 7346,    Philadelphia PA 19101-7346
7678993*       +Inveza Group, LLC,    4400 Temecula Creek Trail,    McKinney, TX 75070-7942
7816884*       +Mesquite Tax Fund,    P.O. Box 850267,   Mesquite, TX 75185-0267
                                                                                             TOTALS: 2, * 21, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0540-4          User: admin              Page 3 of 3              Date Rcvd: Dec 17, 2019
                              Form ID: 895             Total Noticed: 75
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
              Christopher  Moser    on behalf of Trustee Christopher  Moser cmoser@qslwm.com,
               cmoser@ecf.epiqsystems.com;kimhill@qslwm.com;cjm@trustesolutions.net
              Christopher  Moser    cmoser@qslwm.com,
               cmoser@ecf.epiqsystems.com;kimhill@qslwm.com;cjm@trustesolutions.net
              Eric A. Liepins    on behalf of Debtor    Al Rahum Holdings, LLC eric@ealpc.com,
               martha@ealpc.com;r56883@notify.bestcase.com
              John M. Vardeman    on behalf of U.S. Trustee    US Trustee john.m.vardeman@usdoj.gov
              Linda  Reece    on behalf of Creditor    City of Garland lreece@pbfcm.com
              Linda  Reece    on behalf of Creditor    Garland ISD lreece@pbfcm.com
              Ryan C. Gentry    on behalf of Creditor    Grandy's, LLC rgentry@ns-law.net
              Shelley A. Marmon    on behalf of Creditor    Green Bank samarmon@cjmlaw.com
              Thomas Richard Stauch    on behalf of Creditor    Grandy's, LLC lpadilla@ns-law.net
                                                                                         TOTAL: 9
```