**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 19-40764 |
| | § | |
| AL RAHUM HOLDINGS, LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 03/22/2019. The case was converted to one under Chapter 7 on 11/07/2019. The undersigned trustee was appointed on 11/07/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $118,375.76

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $9,533.33 |
    | Bank service fees | $265.51 |
    | Other Payments to creditors | $101,164.64 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $7,412.28 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/25/2020 and the deadline for filing government claims was 06/15/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,168.79. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,550.00, for a total compensation of $1,550.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $107.81, for total expenses of $107.81.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/13/2022                 By:   /s/ Christopher J. Moser
                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 19-40764-BTR-7 | Trustee Name: | Christopher J. Moser |
|---|---|---|---|
| Case Name: | AL RAHUM HOLDINGS, LLC | Date Filed (f) or Converted (c): | 11/07/2019 (c) |
| For the Period Ending: | 3/13/2022 | §341(a) Meeting Date: | 12/02/2019 |
| | | Claims Bar Date: | 02/25/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Chase bank (5) - Listed on Conversion Schedules filed on 11/25/19 but removed on Amended Schedules filed 4/13/20 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Inventory - listed on original chapt 11 schedules | $0.00 | $0.00 | | $0.00 | FA |
| 3 | desks. chairs computers - listed on original chapt 11 schedules | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Fryers - listed on original chapt 11 schedules | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Causes of Action Against Grandy's for wrongful termination and breach of contract | Unknown | $0.00 | | $0.00 | FA |
| 6 | Wells Fargo | $118,000.00 | $118,375.76 | | $118,375.76 | FA |

**TOTALS (Excluding unknown value)**

| | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| $118,000.00 | $118,375.76 | | $118,375.76 | $0.00 |

**Major Activities affecting case closing:**

12/31/2019    Quilling, Selander, Lownds, Winslett & Moser P.C. is employed to represent the trustee. The trustee is a partner in the same firm. Sheldon E. Levy, CPA is employed as an accountant. Trustee collected the funds held at Wells Fargo, item #6. On Feb. 1, 2021, Estate's 2020 Tax Return was filed with the IRS, and no taxes were due. Trustee voluntarily reduced his commission in order to increase payments to creditors.

**Initial Projected Date Of Final Report (TFR):**    12/31/2020    **Current Projected Date Of Final Report (TFR):**    03/13/2022    /s/ CHRISTOPHER J. MOSER

CHRISTOPHER J. MOSER

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-40764-BTR-7 | Trustee Name: | Christopher J. Moser |
|---|---|---|---|
| Case Name: | AL RAHUM HOLDINGS, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4254 | Checking Acct #: | ******0764 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/22/2019 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 3/13/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/09/2019 | (6) | Al Rahum Holdings LLC | Financial Acct Balance | 1129-000 | $118,375.76 | | $118,375.76 |
| 05/11/2020 | 3001 | City of Garland | GEO: 9900 0000 21461 8950; Claim #1 | 4110-000 | | $162.94 | $118,212.82 |
| 05/11/2020 | 3002 | Garland ISD | 5/7/2020 Order; Claim #2; Property Code: 000024889 | 4110-000 | | $154.18 | $118,058.64 |
| 05/11/2020 | 3003 | Dallas County | 5/07/20 Order; Acct #998500 30000 250700; POC #3 | 4110-000 | | $11,078.57 | $106,980.07 |
| 05/11/2020 | 3004 | Rockwall CAD | 5/7/20 Order; Claim #14; Acct # 47115 | 4110-000 | | $7,364.00 | $99,616.07 |
| 05/11/2020 | 3005 | Mesquite Tax Fund | 5/07/2020 Order; Claim #18; #99830 970000 129050 | 4110-000 | | $7,404.95 | $92,211.12 |
| 05/11/2020 | 3006 | FC Market Place, LLC | 5/07/20 Order, Secured Lender; POC #5 | 4110-000 | | $75,000.00 | $17,211.12 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $25.09 | $17,186.03 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $25.06 | $17,160.97 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $25.02 | $17,135.95 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $24.98 | $17,110.97 |
| 12/07/2020 | 3007 | QSLWM | 12/01/2020 Order - Attorney's Fees | * | | $7,907.98 | $9,202.99 |
| | | | Attorney's Fees  $(7,812.00) | 3110-000 | | | $9,202.99 |
| | | | Attorney's Expenses  $(95.98) | 3120-000 | | | $9,202.99 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.88 | $9,186.11 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $13.39 | $9,172.72 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $13.37 | $9,159.35 |
| 03/15/2021 | 3008 | Sheldon Levy | 3/11/21 Order - Accountant's Fees | * | | $1,625.35 | $7,534.00 |
| | | | Accountant Fees  $(1,475.00) | 3410-000 | | | $7,534.00 |
| | | | Accountant -Expenses  $(150.35) | 3420-000 | | | $7,534.00 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.80 | $7,521.20 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $10.96 | $7,510.24 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $10.95 | $7,499.29 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $10.93 | $7,488.36 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $10.92 | $7,477.44 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $10.90 | $7,466.54 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $10.88 | $7,455.66 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $10.87 | $7,444.79 |
| | | | **SUBTOTALS** | | **$118,375.76** | **$110,930.97** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-40764-BTR-7 | | Trustee Name: | Christopher J. Moser |
| Case Name: | AL RAHUM HOLDINGS, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4254 | | Checking Acct #: | ******0764 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/22/2019 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 3/13/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $10.85 | $7,433.94 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $10.84 | $7,423.10 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $10.82 | $7,412.28 |
| 02/23/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $7,412.28 | $0.00 |
| | | | TOTALS: | | $118,375.76 | $118,375.76 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $7,412.28 | |
| | | | Subtotal | | $118,375.76 | $110,963.48 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $118,375.76 | $110,963.48 | |

**For the period of 3/22/2019 to 3/13/2022**

| | |
|---|---|
| Total Compensable Receipts: | $118,375.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $118,375.76 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $110,963.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $110,963.48 |
| Total Internal/Transfer Disbursements: | $7,412.28 |

**For the entire history of the account between 12/09/2019 to 3/13/2022**

| | |
|---|---|
| Total Compensable Receipts: | $118,375.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $118,375.76 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $110,963.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $110,963.48 |
| Total Internal/Transfer Disbursements: | $7,412.28 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-40764-BTR-7 | | Trustee Name: | Christopher J. Moser |
|---|---|---|---|---|
| Case Name: | AL RAHUM HOLDINGS, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4254 | | Checking Acct #: | ******0012 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/22/2019 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 3/13/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/23/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $7,412.28 | | $7,412.28 |
| | | | **TOTALS:** | | $7,412.28 | $0.00 | $7,412.28 |
| | | | **Less: Bank transfers/CDs** | | $7,412.28 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 3/22/2019 to 3/13/2022 | | For the entire history of the account between 02/23/2022 to 3/13/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,412.28 | Total Internal/Transfer Receipts: | $7,412.28 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 4     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 19-40764-BTR-7 | **Trustee Name:** | Christopher J. Moser |
| **Case Name:** | AL RAHUM HOLDINGS, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***4254 | **Checking Acct #:** | ******0012 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 3/22/2019 | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** | 3/13/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $118,375.76 | $110,963.48 | $7,412.28 |

**For the period of 3/22/2019 to 3/13/2022**

| | |
|---|---|
| Total Compensable Receipts: | $118,375.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $118,375.76 |
| Total Internal/Transfer Receipts: | $7,412.28 |
| | |
| Total Compensable Disbursements: | $110,963.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $110,963.48 |
| Total Internal/Transfer Disbursements: | $7,412.28 |

**For the entire history of the case between 11/07/2019 to 3/13/2022**

| | |
|---|---|
| Total Compensable Receipts: | $118,375.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $118,375.76 |
| Total Internal/Transfer Receipts: | $7,412.28 |
| | |
| Total Compensable Disbursements: | $110,963.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $110,963.48 |
| Total Internal/Transfer Disbursements: | $7,412.28 |

/s/ CHRISTOPHER J. MOSER

CHRISTOPHER J. MOSER

CLAIM ANALYSIS REPORT

Page No: 1     Exhibit C

| Case No.: | 19-40764-BTR-7 | | Trustee Name: | Christopher J. Moser |
| Case Name: | AL RAHUM HOLDINGS, LLC | | Date: | 3/13/2022 |
| Claims Bar Date: | 02/25/2020 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CHRISTOPHER J. MOSER<br>2001 Bryan Street, Suite 1800<br>Dallas TX 75201 | 10/09/2021 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $9,168.79 | $1,550.00 | $0.00 | $0.00 | $0.00 | $1,550.00 |
| | CHRISTOPHER J. MOSER<br>2001 Bryan Street, Suite 1800<br>Dallas TX 75201 | 03/13/2022 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $107.81 | $107.81 | $0.00 | $0.00 | $0.00 | $107.81 |
| 1 | CITY OF GARLAND<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, #310, LB 40<br>Garland TX 75042 | 03/26/2019 | State and Local Tax Liens (pre-peti | Allowed | 4800-070 | $0.00 | $162.94 | $162.94 | $162.94 | $0.00 | $0.00 | $0.00 |

Claim Notes:    5/07/2020 Order; Dkt # 82

| 2 | GARLAND ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, #310, LB 40<br>Garland TX 75042 | 03/26/2019 | State and Local Tax Liens (pre-peti | Allowed | 4800-000 | $0.00 | $154.18 | $154.18 | $154.18 | $0.00 | $0.00 | $0.00 |

Claim Notes:    5/07/2020 Order; Dkt # 82

| 3 | DALLAS COUNTY<br>Linebarger, Goggan, Blair & Sampson, LLC<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas TX 75207 | 03/27/2019 | State and Local Tax Liens (pre-peti | Allowed | 4800-000 | $0.00 | $11,896.77 | $11,078.57 | $11,078.57 | $0.00 | $0.00 | $0.00 |

Claim Notes:    5/07/2020 Order; Dkt # 82

| 4 | COMPASS BANK<br>P O Box 10566<br>Birmingham AL 35296 | 04/17/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,493.26 | $11,493.26 | $0.00 | $0.00 | $0.00 | $11,493.26 |

CLAIM ANALYSIS REPORT

Page No: 2

Exhibit C

| Case No. | 19-40764-BTR-7 | | | | | | | | Trustee Name: | | Christopher J. Moser |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | AL RAHUM HOLDINGS, LLC | | | | | | | | Date: | | 3/13/2022 |
| Claims Bar Date: | 02/25/2020 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | FC MARKETPLACE, LLC  c/o Becket and Lee LLP  PO Box 3002  Malvern PA 19355-0702 | 04/30/2019 | Personal Prop and Intang - Consensual | Allowed | 4210-000 | $0.00 | $481,046.78 | $75,000.00 | $75,000.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | 5/07/2020 Order; Dkt # 82 | | | | | | | | | | | |
| 7A | IRS  P.O. Box 7346  Philadelphia PA 19101-7346 | 05/07/2019 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $6,355.56 | $6,355.56 | $0.00 | $0.00 | $0.00 | $6,355.56 |
| 7B | IRS  P.O. Box 7346  Philadelphia PA 19101-7346 | 05/07/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $603.32 | $603.32 | $0.00 | $0.00 | $0.00 | $603.32 |
| 8 | WESTCHESTER SURPLUS LINES INS. CO.  c/o CHUBB  436 Walnut Street  Philadelphia PA 19106 | 05/08/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | No Claim Amounts | | | | | | | | | | | |
| 9 | TEXAS WORKFORCE COMMISSION  Office of the Attorney General  Bankruptcy & Collections Div.  P.O. Box 12548, MC-008  Austin TX 78711 | 05/21/2019 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $2,930.02 | $2,930.02 | $0.00 | $0.00 | $0.00 | $2,930.02 |
| **Claim Notes:** | unemployment taxes | | | | | | | | | | | |
| 10 | TEXAS WORKFORCE COMMISSION  Office of the Attorney General  Bankruptcy & Collections Div.  P.O. Box 12548, MC-008  Austin TX 78711 | 05/21/2019 | Other State or Local Taxes (non-pay | Withdrawn | 6820-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | 11/01/2019 Withdrawal of Claim; Dkt #61 | | | | | | | | | | | |

# CLAIM ANALYSIS REPORT

| Case No. | 19-40764-BTR-7 | | Trustee Name: | Christopher J. Moser |
|---|---|---|---|---|
| Case Name: | AL RAHUM HOLDINGS, LLC | | Date: | 3/13/2022 |
| Claims Bar Date: | 02/25/2020 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | NUC02, LLC<br><br>2800 SE Market Place<br>Stuart FL 34997 | 05/23/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $778.33 | $778.33 | $0.00 | $0.00 | $0.00 | $778.33 |
| 12 | GRANDY'S, LLC<br><br>c/o Nowak & Stauch, PLLC<br>10000 North Central Expressway<br>Suite 1040<br>Dallas TX 75231 | 06/04/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,243,513.98 | $1,243,513.98 | $0.00 | $0.00 | $0.00 | $1,243,513.98 |
| **Claim Notes:** | Amounts due under Franchise Agreements | | | | | | | | | | | |
| 13-2 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br><br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | 06/12/2019 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $5,388.54 | $5,388.54 | $0.00 | $0.00 | $0.00 | $5,388.54 |
| **Claim Notes:** | Franchise Tax Ch. 171 | | | | | | | | | | | |
| 14 | ROCKWALL CAD<br><br>Linebarger, Goggan, Blair & Sampson, LLC<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas TX 75207 | 06/28/2019 | State and Local Tax Liens (pre-peti | Allowed | 4800-000 | $0.00 | $7,532.48 | $7,364.00 | $7,364.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | 5/07/2020 Order; Dkt # 82 | | | | | | | | | | | |
| 15 | DEL TACO LLC<br><br>c/o Brian Walsh<br>Bryan Cave Leighton Paisner LLP<br>211 North Broadway, Suite 3600<br>Louis MO 63102 | 07/19/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,842,929.55 | $4,842,929.55 | $0.00 | $0.00 | $0.00 | $4,842,929.55 |

CLAIM ANALYSIS REPORT                        Page No: 4         Exhibit C

| Case No.: | 19-40764-BTR-7 | | | | | | | Trustee Name: | | Christopher J. Moser | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | AL RAHUM HOLDINGS, LLC | | | | | | | Date: | | 3/13/2022 | | |
| Claims Bar Date: | 02/25/2020 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16A | GORDON FOOD SERVICE INC.<br>PO Box 2244<br>Grand Rapids MI 49501 | 07/19/2019 | Other Prior Chapter Administrative | Allowed | 6990-000 | $0.00 | $26,211.65 | $26,211.65 | $0.00 | $0.00 | $0.00 | $26,211.65 |
| **Claim Notes:** | Chapt. 11 Admin Expense | | | | | | | | | | | |
| 16B | GORDON FOOD SERVICE INC.<br>PO Box 2244<br>Grand Rapids MI | 07/19/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $210.00 | $210.00 | $0.00 | $0.00 | $0.00 | $210.00 |
| 17 | VERITEX COMMUNITY BANK<br>as successor by merger with Green Bank, N.A.<br>Shelley Bush Marmon<br>2727 Allen Parkway, Suite 1700<br>Houston TX 77019 | 07/29/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,532,235.17 | $2,532,235.17 | $0.00 | $0.00 | $0.00 | $2,532,235.17 |
| 18 | MESQUITE TAX FUND<br>P.O. Box 850267<br>Mesquite TX 75185 | 11/19/2019 | State and Local Tax Liens (pre-peti | Allowed | 4800-000 | $0.00 | $7,404.95 | $7,404.95 | $7,404.95 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | 5/07/2020 Order; Dkt # 82 | | | | | | | | | | | |
| 19 | U.S. TRUSTEE<br>110 N. College Ave<br>Room 300<br>Tyler TX 75702 | 11/22/2019 | U. S. Trustee Quarterly Fees | Allowed | 2950-000 | $0.00 | $325.00 | $325.00 | $0.00 | $0.00 | $0.00 | $325.00 |
| **Claim Notes:** | Unpaid U.S. Trustee Quarterly Fees | | | | | | | | | | | |
| 20 | RELIANT ENERGY RETAIL SERVICES, LLC<br>P.O. Box 1046<br>Houston TX 77251 | 02/19/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,886.53 | $5,886.53 | $0.00 | $0.00 | $0.00 | $5,886.53 |
| 21 | CITY OF MESQUITE AND MESQUITE ISD<br>c/o Gary Allmon Grimes<br>Law Office of Gary A. Grimes P.C.<br>120 West Main, Suite 201<br>Mesquite TX 75149 | 02/28/2020 | Personal Prop and Intang - Consensual | Withdrawn | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | 3/23/2020 Withdrawal of Claim; Dkt #78 | | | | | | | | | | | |

CLAIM ANALYSIS REPORT　　Page No: 5　　Exhibit C

| Case No. | 19-40764-BTR-7 | | | | | | | | | | Trustee Name: | Christopher J. Moser |
| Case Name: | AL RAHUM HOLDINGS, LLC | | | | | | | | | | Date: | 3/13/2022 |
| Claims Bar Date: | 02/25/2020 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | CITY OF DALLAS<br><br>c/o Mark Baggett<br>Assistant City Attorney<br>1500 Marilla St., 7BN<br>Dallas TX 75201 | 04/27/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $166.04 | $166.04 | $0.00 | $0.00 | $0.00 | $166.04 |
| **Claim Notes:** | Fire 2nd Reinspection | | | | | | | | | | | |
| 23 | GRANDY'S LLC<br><br>c/o Thomas R. Stauch<br>Nowak & Stauch, PLLC<br>10000 N. Central Expwy, Ste. 1040<br>Dallas TX 75231 | 11/14/2019 | Other Prior Chapter Administrative | Allowed | 6990-000 | $0.00 | $16,436.99 | $16,436.99 | $0.00 | $0.00 | $0.00 | $16,436.99 |
| **Claim Notes:** | 12/11/2019 Order; Dkt #69 | | | | | | | | | | | |
| | | | | | | $9,212,938.64 | $8,798,286.39 | $101,164.64 | $0.00 | | $0.00 | $8,697,121.75 |

CLAIM ANALYSIS REPORT        Page No: 6        Exhibit C

| Case No. | 19-40764-BTR-7 | Trustee Name: | Christopher J. Moser |
| Case Name: | AL RAHUM HOLDINGS, LLC | Date: | 3/13/2022 |
| Claims Bar Date: | 02/25/2020 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units - 507( | $14,674.12 | $14,674.12 | $0.00 | $0.00 | $0.00 | $14,674.12 |
| General Unsecured 726(a)(2) | $8,637,816.18 | $8,637,816.18 | $0.00 | $0.00 | $0.00 | $8,637,816.18 |
| Other Prior Chapter Administrative | $42,648.64 | $42,648.64 | $0.00 | $0.00 | $0.00 | $42,648.64 |
| Other State or Local Taxes (non-pay | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Personal Prop and Intang - Consensual | $481,046.78 | $75,000.00 | $75,000.00 | $0.00 | $0.00 | $0.00 |
| State and Local Tax Liens (pre-peti | $27,151.32 | $26,164.64 | $26,164.64 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $9,168.79 | $1,550.00 | $0.00 | $0.00 | $0.00 | $1,550.00 |
| Trustee Expenses | $107.81 | $107.81 | $0.00 | $0.00 | $0.00 | $107.81 |
| U. S. Trustee Quarterly Fees | $325.00 | $325.00 | $0.00 | $0.00 | $0.00 | $325.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 19-40764
Case Name: AL RAHUM HOLDINGS, LLC
Trustee Name: Christopher J. Moser

Balance on hand: $7,412.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | City of Garland | $162.94 | $162.94 | $162.94 | $0.00 |
| 2 | Garland ISD | $154.18 | $154.18 | $154.18 | $0.00 |
| 3 | Dallas County | $11,896.77 | $11,078.57 | $11,078.57 | $0.00 |
| 5 | FC Marketplace, LLC | $481,046.78 | $75,000.00 | $75,000.00 | $0.00 |
| 14 | Rockwall CAD | $7,532.48 | $7,364.00 | $7,364.00 | $0.00 |
| 18 | Mesquite Tax Fund | $7,404.95 | $7,404.95 | $7,404.95 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $7,412.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Christopher J. Moser, Trustee Fees | $1,550.00 | $0.00 | $1,550.00 |
| Christopher J. Moser, Trustee Expenses | $107.81 | $0.00 | $107.81 |
| Attorney's Fees, Attorney for Trustee Fees | $7,812.00 | $7,812.00 | $0.00 |
| Attorney's Expenses, Attorney for Trustee Expenses | $95.98 | $95.98 | $0.00 |
| Accountant Fees, Accountant for Trustee Fees | $1,475.00 | $1,475.00 | $0.00 |
| Accountant -Expenses, Accountant for Trustee Expenses | $150.35 | $150.35 | $0.00 |
| U.S. Trustee, U.S. Trustee Quarterly Fees | $325.00 | $0.00 | $325.00 |

Total to be paid for chapter 7 administrative expenses: $1,982.81
Remaining balance: $5,429.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

**UST Form 101-7-TFR (5/1/2011)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other: Gordon Food Service Inc., Other Prior Chapter Administrative Expenses | $26,211.65 | $0.00 | $3,336.93 |
| Other: Grandy's LLC, Other Prior Chapter Administrative Expenses | $16,436.99 | $0.00 | $2,092.54 |

Total to be paid to prior chapter administrative expenses: $5,429.47
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,674.12 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 7A | IRS | $6,355.56 | $0.00 | $0.00 |
| 9 | Texas Workforce Commission | $2,930.02 | $0.00 | $0.00 |
| 13-2 | Texas Comptroller of Public Accounts | $5,388.54 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,637,816.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 4 | Compass Bank | $11,493.26 | $0.00 | $0.00 |
| 7B | IRS | $603.32 | $0.00 | $0.00 |
| 8 | Westchester Surplus Lines Ins. Co. | $0.00 | $0.00 | $0.00 |
| 11 | NuC02, LLC | $778.33 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

| 12 | Grandy's, LLC | $1,243,513.98 | $0.00 | $0.00 |
|---|---|---|---|---|
| 15 | Del Taco LLC | $4,842,929.55 | $0.00 | $0.00 |
| 16B | Gordon Food Service Inc. | $210.00 | $0.00 | $0.00 |
| 17 | Veritex Community Bank | $2,532,235.17 | $0.00 | $0.00 |
| 20 | Reliant Energy Retail Services, LLC | $5,886.53 | $0.00 | $0.00 |
| 22 | City of Dallas | $166.04 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:  $0.00
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:  $0.00
Remaining balance:  $0.00

**UST Form 101-7-TFR (5/1/2011)**